**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/12

Steve Leshinsky, individually and on behalf of all others similarly situated, Plaintiff,

-against-

James Jun Wang, Zhijuan Guo, Weiguo Wang, Arnold Staloff and ■ Defendant.

12 cv 06682 ( PAE )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Eugene J. Frett_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois_____; and that his/her contact information is as follows (please print):

Applicant's Name: __Eugene J. Frett__

Firm Name: __Sperling & Slater, P.C.__

Address: __55 West Monroe Street, Suite 3200__

City / State / Zip: __Chicago, Illinois 60603__

Telephone / Fax: __(312)641-3200/ (312)641-6492 (fax)__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Smartheat, Inc._____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/18/12

Paul A. Engelmayer
United States District / Magistrate Judge