**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (LR5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| STEVE LESHINSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES JUN WANG, ZHIJUAN GUO, WEIGUO WANG, ARNOLD STALOFF, and SMARTHEAT, INC.<br><br>　　　　　　　　　Defendants. | Case No.:1:12-cv-6682 (PAE)<br><br>CLASS ACTION<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF STREAM SICAV FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

-------------------------------------------------------------X

## DECLARATION OF PHILLIP KIM

I, Phillip Kim, hereby declare as follows:

　　　1.　　I am an attorney with The Rosen Law Firm P.A., counsel for Stream SICAV ("Movant"). I submit this declaration in support of Movant's motion for Appointment as lead plaintiff and approval of their choice of lead counsel, pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act") in the above-captioned action (the "Action").

　　　2.　　Attached hereto as the exhibits indicated are true and correct copies of the following:

　　　　　Exhibit 1:　　PSLRA Early Notice;

    Exhibit 2:    Movant's PSLRA certification;

    Exhibit 3:    Movant's loss chart; and

    Exhibit 4:    Firm résumé of The Rosen Law Firm P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 30th day of October, 2012, in New York, New York.

                                                 /s/ Phillip Kim
                                                  Phillip Kim

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 5th day of November, 2012, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim