UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Leshinsky, individually and on behalf of all others similarly situated, Plaintiff,

-against-

James Jun Wang, Zhijuan Guo, Weiguo Wang, Arnold Staloff and Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/12

12 CV 06682 ( PAE )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Matthew H. Rice_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__Illinois, California and Washington_____; and that his/her contact information is as follows (please print):

   Applicant's Name: __Matthew H. Rice__

   Firm Name: __Sperling & Slater, P.C.__

   Address: __55 West Monroe Street, Suite 3200__

   City / State / Zip: __Chicago, Illinois 60603__

   Telephone / Fax: __(312)641-3200/(312)641-6492 (fax)__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Smartheat, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __11/16/12__

__Paul A. Engelmayer__
United States District / Magistrate Judge