UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE LESHINSKY, Individually And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>JAMES JUN WANG, ZHIJUAN GUO, WEIGUO WANG, ARNOLD STALOFF, and SMARTHEAT, INC.,<br><br>       Defendant. | Civil Action: 12-cv-6682(PAE)<br><br>NOTICE OF WITHDRAWAL OF MOVANT BEN SHENG'S MOTION TO BE APPOINTED LEAD PLAINTIFF |

**PLEASE TAKE NOTICE** that class member Ben Sheng ("Movant") withdraws his motion seeking an Order: (a) appointing Movant as Lead Plaintiff; and (b) approving Movant's selection of the Gainey & McKenna as Lead Counsel. This withdrawal is made without prejudice to the rights of Ben Sheng to participate in this action as a member of the proposed class and to share in any settlement recovery.

Dated: November 20, 2012

                Respectfully submitted,

                **GAINEY & McKENNA**

      By:  */s/ Thomas J. McKenna*
         Thomas J. McKenna
         440 Park Avenue South, 5th Floor
         New York, NY  10016
         Telephone: 212-983-1300
         Facsimile: 212-983-0380
         Email: tjmlaw2001@yahoo.com
         Email: tjmckenna@gaineyandmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 20, 2012.

                                                         _/s/ Noemi Escarment_____
                                                         Noemi Escarment