UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
STEVE LESHINSKY, :
:
              Plaintiff, :
:
              v. : Case No. 1:12-cv-06682 (PAE) (AJP)
:
JAMES JUN WANG, ZHIJUAN GUO, :
WEIGUO WANG, ARNOLD STALOFF, :
and SMARTHEAT, INC., :
:
              Defendants. :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Tammy P. Bieber of Tannenbaum Helpern Syracuse & Hirschtritt LLP is an attorney for Defendant SmartHeat, Inc. and appears in this action, and requests that service of all papers and notices of all proceedings in this action be served upon the undersigned at the office and post office address listed below.

Dated: December 18, 2012

                                           TANNENBAUM HELPERN SYRACUSE
                                           & HIRSCHTRITT LLP

                                           By:  /s/ Tammy P. Bieber
                                                 Tammy P. Bieber
                                                 900 Third Avenue
                                                 New York, New York
                                                 (212) 508-6700
                                                 Bieber@thsh.com

                                           *Attorneys for Defendant SmartHeat, Inc.*