UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
  STEVE LESHINSKY,                                          :

              Plaintiff,              :   Case No. 1:12-cv-06682 (PAE) (AJP)

          v.                                 :
                                           :   **RULE 7.1 DISCLOSURE**
  JAMES JUN WANG, ZHIJUAN GUO,      :   **STATEMENT OF DEFENDANT**
  WEIGUO WANG, ARNOLD STALOFF,    :   **SMARTHEAT, INC.**
  and SMARTHEAT, INC.,                   :

            Defendants.            :
-------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that Defendant SmartHeat, Inc., by its undersigned attorneys, for its disclosure pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent corporation, and that there is no publicly-held corporation that owns 10% or more of its stock.

Dated: December 18, 2012

                                                TANNENBAUM HELPERN SYRACUSE
                                                & HIRSCHTRITT LLP

                                                By:  /s/ Tammy P. Bieber
                                                      Tammy P. Bieber
                                                        Matthew J. Sinkman
                                                        900 Third Avenue
                                                        New York, New York
                                                        (212) 508-6700
                                                        Bieber@thsh.com
                                                       Sinkman@thsh.com

                                               *Attorneys for Defendant SmartHeat, Inc.*