

# The Rosen Law Firm
## INVESTOR COUNSEL





January 29, 2013

**BY MAIL**

Hon. Paul A. Engelmayer
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *Stream SICAV v. James Jun Wang, et al.*, Case No. 1:12-cv-6682-PAE

Your Honor,

On January 28, 2013, we filed with the Court the First Amended Complaint for the above-captioned case. This document contained typographical and formatting errors. We respectfully request permission to file a Corrected Amended Complaint. We have enclosed a copy.

We have conferred with defense counsel and provided them with a redline of the Corrected Amended Complaint against the First Amended Complaint. Defense counsel consents to filing the Corrected Amended Complaint.

Respectfully submitted,

*Laurence Rosen*

Laurence Rosen

cc:  Gene Frett (without enclosure)
James Kopecky (without enclosure)

*Granted. Plaintiff is directed to file the corrected amended complaint on ECF.*

**SO ORDERED:**

2/4/13

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

1