UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Stream Sicav, et al.

                    Plaintiff,

     -against-

James Jun Wang., et al.

                    Defendant.
------------------------------------------------------

Case No. 12-cv-6682

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Thomas J. McKenna
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 7109    My State Bar Number is 2009546

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Gainey & McKenna
                    FIRM ADDRESS: 440 Park Avenue South, 5th Floor, NY, NY 10016
                    FIRM TELEPHONE NUMBER: 212-983-1300
                    FIRM FAX NUMBER: 212-983-0383

NEW FIRM:    FIRM NAME: Gainey McKenna & Egleston
                    FIRM ADDRESS: 440 Park Avenue South, 5th Floor, NY, NY 10016
                    FIRM TELEPHONE NUMBER: 212-983-1300
                    FIRM FAX NUMBER: 212-983-0383

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 26, 2013

                                                             *Thomas J. McKenna*
                                                             ATTORNEY'S SIGNATURE