KOPECKY, SCHUMACHER & BLEAKLEY, PC
203 N. LaSalle Street, Suite 1620
Chicago, Illinois 60601
Telephone: (312) 527– 3966
Facsimile: (312) 268 – 5031
James L. Kopecky

LAX & NEVILLE, LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Brian J. Neville (BN8251)
Raquel Terrigno (RT9556)

*Attorneys for Defendant SmartHeat, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
STEVE LESHINSKY, INDIVIDUALLY  :
AND ON BEHALF OF ALL OTHERS    :
SIMILARLY SITUATED,            :
                               :
                               :   Docket No. 12-cv-6682 (PAE)
          Plaintiffs,          :
                               :
vs.                            :   **MOTION FOR ADMISSION**
                               :   ***PRO HAC VICE***
JAMES JUN WANG, ZHIJUAN GUO,   :
WEIGUO WANG, ARNOLD STALOFF,   :
and SMARTHEAT, INC.            :
                               :
          Defendants.          :
                               :
------------------------------------------------------------ x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, James L. Kopecky, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for SmartHeat, Inc. in the above-captioned action.

I am in good standing of the bar in the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 4, 2013

Respectfully submitted,

/s/ James L. Kopecky

James L. Kopecky
KOPECKY, SCHUMACHER, BLEAKLEY
& ROSENBURG, PC
203 N. LaSalle Street, Suite 1620
Chicago, IL 60601
Phone: (312) 380-6652
Fax: (312) 268-6493
E-mail: jkopecky@ksblegal.com

*Attorneys for Defendant SmartHeat, Inc.*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James Leonard Kopecky

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, February 28, 2013.

*Carolyn Taft Grosboll*
Clerk

*Exhibit A*