UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
STEVE LESHINSKY, INDIVIDUALLY :
AND ON BEHALF OF ALL OTHERS :
SIMILARLY SITUATED, :
: Docket No.  12-cv-6682 (PAE)
Plaintiff, :
:
vs. :
:
JAMES JUN WANG, ZHIJUAN GUO, :
WEIGUO WANG, ARNOLD STALOFF, : **CERTIFICATE OF SERVICE**
and SMARTHEAT,  INC. :
:
Defendants, :
:
-------------------------------------------------------- x

I hereby certify that on this 4th day of March, 2013, I caused a copy of the foregoing Motion for Pro Hac Vice Admission for James Kopecky, and Proposed Order, to be served via ECF to all counsel of record.

        */s/ James L. Kopecky*
        James L. Kopecky
        KOPECKY, SCHUMACHER, BLEAKLEY
        & ROSENBURG, PC
        203 N. LaSalle Street, Suite 1620
        Chicago, IL 60601
        Phone: (312) 380-6652
        Fax: (312) 268-6493
        E-mail: jkopecky@ksblegal.com

        *Attorneys for Defendant SmartHeat, Inc.*