KOPECKY, SCHUMACHER & BLEAKLEY, PC
203 N. LaSalle Street, Suite 1620
Chicago, Illinois 60601
Telephone: (312) 527–3966
Facsimile: (312) 268–5031
James L. Kopecky

LAX & NEVILLE, LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696–1999
Facsimile: (212) 566–4531
Brian J. Neville (BN8251)
Raquel Terrigno (RT9556)

*Attorneys for Defendant SmartHeat, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVE LESHINSKY, INDIVIDUALLY          :
AND ON BEHALF OF ALL OTHERS            :
SIMILARLY SITUATED,                    :
                                       :   Docket No. 12-cv-6682 (PAE)
            Plaintiff,                 :
                                       :
                                       :
vs.                                    :
                                       :   **NOTICE OF APPEARANCE**
JAMES JUN WANG, ZHIJUAN GUO,           :
WEIGUO WANG, ARNOLD STALOFF,           :
and SMARTHEAT, INC.                    :
                                       :
            Defendants,                :
                                       :
------------------------------------------------------------ x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE,** that Brian J. Neville of Lax & Neville LLP has been

retained as attorney for Defendant SmartHeat, Inc. and appears in this action, and requests that

service of all papers and notices of all proceedings in this action be served upon the undersigned

at the office listed below.

Dated: New York, New York
       March 4, 2013

                                        LAX & NEVILLE LLP

                           By:    *Brian Neville /rt*
                                  Brian J. Neville (BN8251)
                                  1450 Broadway, 35th Floor
                                  New York, NY 10018
                                  Tel:  (212) 696-1999
                                  Fax: (212) 566-4531
                                  E-mail: bneville@laxneville.com

                                  *Attorneys for Defendant SmartHeat, Inc.*

To: All Counsel of Record