UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
STEVE LESHINSKY, INDIVIDUALLY :
AND ON BEHALF OF ALL OTHERS :
SIMILARLY SITUATED, :
: Docket No.  12-cv-6682 (PAE)
Plaintiff, :
:
vs. :
:
JAMES JUN WANG, ZHIJUAN GUO, :
WEIGUO WANG, ARNOLD STALOFF, : **CERTIFICATE OF SERVICE**
and SMARTHEAT,  INC. :
:
Defendants, :
:
-------------------------------------------------------- x

   I hereby certify that on this 4th day of March, 2013, I caused a copy of the foregoing Notice of Appearances of Brian J. Neville and Raquel Terrigno, to be served via ECF to all counsel of record.

 

*/s Raquel Terrigno*
Raquel Terrigno (RT9556)
LAX & NEVILLE, LLP
1450 Broadway, 35th Floor
New York, NY 10018
Tel:  (212) 696-1999
Fax: (212) 566-4531
E-mail: rterrigno@laxneville.com

*Attorneys for Defendant SmartHeat, Inc.*