KOPECKY, SCHUMACHER & BLEAKLEY, PC
203 N. LaSalle Street, Suite 1620
Chicago, Illinois 60601
Telephone: (312) 527–3966
Facsimile: (312) 268 – 5031
James L. Kopecky

LAX & NEVILLE, LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Brian J. Neville (BN8251)
Raquel Terrigno (RT9556)

*Attorneys for Defendant SmartHeat, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
STEVE LESHINSKY, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

           Plaintiff,

vs.

JAMES JUN WANG, ZHIJUAN GUO,
WEIGUO WANG, ARNOLD STALOFF,
and SMARTHEAT, INC.

           Defendants,
-------------------------------------------------------- x

Docket No. 12-cv-6682 (PAE)

**NOTICE OF REQUEST TO WITHDRAW AND SUBSITUTE COUNSEL**

    Eugene J. Frett and Matthew H. Rice of Sperling & Slater, P.C. and Tammy Phyllis Bieber and Matthew Jesse Sinkman of Tannenbaum Helpern Syracuse & Hirschtritt LLP, having appeared as attorneys for Defendant SmartHeat, Inc. in the above-referenced matter, hereby request to withdraw as Attorneys of Record in connection with the above-referenced matter.

    As grounds for this request, defendant SmartHeat, Inc. now desires to retain James L.

Kopecky of Kopecky, Schumacher & Bleakley, PC and Brian J. Neville and Raquel Terrigno of Lax & Neville LLP to represent it in this litigation. The proposed substitution at this early stage of litigation will not delay the matter or prejudice any party.

Wherefore, the undersigned counsel respectfully request that this Request to Withdraw and Substitute Counsel be granted. A proposed order is being separately submitted.

Dated: New York, New York
       February 14, 2013

                            SPERLING & SLATER, P.C.

                            Outgoing Counsel for Defendant SmartHeat

                            By: /s/ Eugene J. Frett
                                Eugene J. Frett

                            55 West Monroe Street, Suite 3200
                            Chicago, IL 60603
                            (312) 641-3200
                            gfrett@sperling-law.com

                            TANNENBAUM HELPERN SYRACUSE &
                            HIRSCHTRITT LLP

                            Outgoing Local Counsel for Defendant SmartHeat

                            By:_____
                                Tammy Phyllis Bieber

                            900 Third Avenue
                            New York, NY 10022
                            (212) 508-6700
                            bieber@thsh.com

Kopecky of Kopecky, Schumacher & Bleakley, PC and Brian J. Neville and Raquel Terrigno of Lax & Neville LLP to represent it in this litigation. The proposed substitution at this early stage of litigation will not delay the matter or prejudice any party.

Wherefore, the undersigned counsel respectfully request that this Request to Withdraw and Substitute Counsel be granted. A proposed order is being separately submitted.

Dated: New York, New York
       February ___, 2013

        SPERLING & SLATER, P.C.

        Outgoing Counsel for Defendant SmartHeat

        By:_____
           Eugene J. Frett

        55 West Monroe Street, Suite 3200
        Chicago, IL 60603
        (312) 641-3200
        gfrett@sperling-law.com


        TANNENBAUM HELPERN SYRACUSE &
        HIRSCHTRITT LLP

        Outgoing Local Counsel for Defendant SmartHeat

        By: _/s/ Tammy Phyllis Bieber_____
           Tammy Phyllis Bieber

        900 Third Avenue
        New York, NY 10022
        (212) 508-6700
        bieber@thsh.com

KOPECKY, SCHUMACHER & BLEAKLEY, PC

Incoming Counsel for Defendant SmartHeat

By: _____
    James L. Kopecky

203 N. LaSalle Street, Suite 1620
Chicago, Illinois 60601
(312) 380-6552
jkopecky@ksblegal.com


LAX & NEVILLE LLP

Incoming Local Counsel for Defendant SmartHeat

By: _____
    Brian J. Neville

1450 Broadway, 35th Floor
New York, New York 10018
(212) 696-1999
bneville@laxneville.com

3