UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------  x
STEVE LESHINSKY, INDIVIDUALLY  :
AND ON BEHALF OF ALL OTHERS  :
SIMILARLY SITUATED,  :
 :     Docket No.  12-cv-6682 (PAE)
        Plaintiff,  :
 :
vs.  :
 :
JAMES JUN WANG, ZHIJUAN GUO,  :
WEIGUO WANG, ARNOLD STALOFF,  :     **CERTIFICATE OF SERVICE**
and SMARTHEAT,  INC.  :
 :
       Defendants,  :
 :
-----------------------------------------------------------  x

   I hereby certify that on this 4th day of March, 2013, I caused a copy of the foregoing Notice of Request to Withdraw and Substitute Counsel to be served via ECF to all counsel of record.

      */s Raquel Terrigno*
      Raquel Terrigno (RT9556)
      LAX & NEVILLE, LLP
      1450 Broadway, 35th Floor
      New York, NY 10018
      Tel:  (212) 696-1999
      Fax: (212) 566-4531
      E-mail: rterrigno@laxneville.com

      *Attorneys for Defendant SmartHeat, Inc.*