```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
STEVE LESHINSKY, INDIVIDUALLY       :
AND ON BEHALF OF ALL OTHERS         :
SIMILARLY SITUATED,                 :
                                    :  Docket No. 12-cv-6682 (PAE)
            Plaintiffs,             :
                                    :
vs.                                 :  **ORDER FOR ADMISSION**
                                    :  ***PRO HAC VICE***
JAMES JUN WANG, ZHIJUAN GUO,        :
WEIGUO WANG, ARNOLD STALOFF,        :
and SMARTHEAT, INC.                 :
                                    :
            Defendants.             :
                                    :
---------------------------------------------------------- x

The motion of James L. Kopecky, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared himself to be a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

James L. Kopecky
Kopecky, Schumacher & Bleakley, PC
203 N. LaSalle Street, Suite 1620
Chicago, IL 60601
Phone (312) 380-6652
Fax (312) 268-6493

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SmartHeat, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 4, 2013

*Paul A. Engelmayer*

HON. PAUL A ENGELMAYER
UNITED STATES DISTRICT JUDGE