```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/13
```

Engelmayer, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
STEVE LESHINSKY, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

         Plaintiff,

vs.

JAMES JUN WANG, ZHIJUAN GUO,
WEIGUO WANG, ARNOLD STALOFF,
and SMARTHEAT, INC.

         Defendants,
------------------------------------------------------- x

Docket No. 12-cv-6682 (PAE)

**ORDER GRANTING REQUEST
TO WITHDRAW AND
<u>SUBSTITUTE COUNSEL</u>**

    Eugene J. Frett and Matthew H. Rice of Sperling & Slater, P.C. and Tammy Phyllis Bieber and Matthew Jesse Sinkman of Tannenbaum Helpern Syracuse & Hirschtritt LLP, having appeared as attorneys for Defendant SmartHeat, Inc. in the above-referenced matter, and Defendant SmartHeat having retained separate legal counsel, James L. Kopecky, Kopecky, Schumacher & Bleakley, PC, 203 N. LaSalle Street, Suite 1620, Chicago, Illinois 60601 and Brian J. Neville of Lax & Neville LLP, 1450 Broadway, 35th Floor, New York, New York 10016, to represent them in these proceedings, with all of the aforementioned firms having filed a Request to Withdraw and Substitute Counsel, it is hereby,

    ORDERED, that the Request of Sperling & Slater, P.C. and Tannenbaum Helpern Syracuse & Hirschtritt LLP to Withdraw as Attorney of record is hereby granted; and it is further

ORDERED, that James L. Kopecky of Kopecky, Schumacher & Bleakley, and Brian J. Neville of Lax & Neville LLP are hereby substituted as counsel and Attorneys of Record for Defendant SmartHeat, Inc.

Dated: March 5, 2013

SO ORDERED:

*Paul A. Engelmayer*

HON. PAUL A ENGELMAYER
UNITED STATES DISTRICT JUDGE