THE DONOGHUE LAW FIRM, LTD.
203 N. LaSalle Street, Suite 1620
Chicago, Illinois 60601
Telephone: (312) 380-6638
Facsimile: (312) 268-5031
Peter Donoghue

LAW OFFICE OF MITCHELL S. CABOT
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (646) 861-7222
Facsimile: (212) 566-4531
Mitchell S. Cabot (MC2822)

*Attorneys for Defendants Oliver Bialowons
And Michael Wilhelm*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
STREAM SICAV, DHARANENDRA RAI,
AND TIEN CHUNG, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

  Plaintiffs,

JAMES JUN WANG, SMARTHEAT, INC.,
WEIGUO WANG, XIN LI, QINGTAI
KONG, OLIVER BIALOWONS, AND
MICHAEL WILHELM,

  Defendants.
------------------------------------------------------------x

Case No: 12-cv-6682- PAE

ECF CASE

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Mitchell S. Cabot of the Law Office of Mitchell S. Cabot has been retained as counsel for Defendants Oliver Bialowons and Michael Wilhelm, and appears in this action, and requests that service of all papers and notice of all proceedings in this action be served upon the undersigned at the office listed below.

Dated: New York, New York
       March 11, 2013

                        LAW OFFICE OF MITCHELL S. CABOT

By: _____
                     Mitchell S. Cabot (MC2822)
                     1450 Broadway, 35th Floor
                     New York, New York  10018
                     Tel:  (646) 646-7222
                     Fax: (212) 566-4531
                     E-mail:  mcabot171@gmail.com

                     *Attorney for Defendants Oliver*
                     *Bialowons and Michael Wilhelm*

To: All counsel of Record