UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

STREAM SICAV and TIEN CHUNG, *individually and on behalf of all others similarly situated*,

                               Plaintiffs,

           -v-

JAMES JUN WANG, SMARTHEAT, INC., and JOHN DOES 1–4,

                              Defendants.
------------------------------------------------------------------------X

12 Civ. 6682 (PAE)

ORDER OF DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/15

PAUL A. ENGELMAYER, District Judge:

The Court has received notification from the parties that they have reached a settlement in principle. Dkt. 171. It is hereby ordered that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days. All deadlines are adjourned until further order of the Court.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 18, 2015
       New York, New York



**The Rosen Law Firm**
INVESTOR COUNSEL

Jonathan Horne, Esq.
jhorne@rosenlegal.com

**BY CM/ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Stream SICAV v. Wang,* No. 12-CV-6682 (PAE)

Dear Judge Engelmayer:

We represent Plaintiffs in the above-referenced case, and also write on behalf of Defendant SmartHeat, Inc. (collectively, the "Parties"), to advise the Court that the Parties have reached an individual settlement in this case.

Dated: February 18, 2015           Respectfully submitted,

/s/ Jonathan Horne

cc: SmartHeat, Inc. (by CM/ECF)

1

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827